# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
K-Con, Inc. ) ASBCA No. 58831
)
Under Contract No. W911YN-05-D-0016 )

APPEARANCE FOR THE APPELLANT: William A. Scott, Esq.
Pedersen & Scott, P.C.
Charleston, SC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Ahsan M. Nasar, JA
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 5 May 2015

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58831, Appeal of K-Con, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals